| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): _____    Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
Ramjay, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
5 4 – 2 0 9 6 8 4 1

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1104 Archer Ct.** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Alexandria    VA    22312** | |
| City    State    ZIP Code | City    State    ZIP Code |
| **City of Alexandria** | Location of principal assets, if different from principal place of business |
| County | |
| | Number    Street |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Ramjay, Inc.**_____   Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   **4  8  5  3**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
       District _____ When _____ Case number _____
                                    MM / DD / YYYY
       District _____ When _____ Case number _____
                                    MM / DD / YYYY

Debtor **Ramjay, Inc.**  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
_____   _____   _____
City     State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor  **Ramjay, Inc.**                                              Case number (if known) _____

14. **Estimated number of creditors**
    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [x] $500,001-$1 million
    - [ ] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [x] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **05/03/2021**
    MM / DD / YYYY

    X **/s/ Jayasekar Jayaraman**                    **Jayasekar Jayaraman**
    Signature of authorized representative of debtor     Printed name

    Title **President**

18. **Signature of attorney**

    X **/s/ John P. Forest, II**                     Date **05/03/2021**
    Signature of attorney for debtor                  MM / DD / YYYY

    **John P. Forest, II**
    Printed name

    **Law Office of John P. Forest, II**
    Firm name

    **11350 Random Hills Rd., Suite 700**
    Number       Street

    **Fairfax**                       **VA**         **22030**
    City                              State         ZIP Code

    **(703) 691-4940**                **j.forest@stahlzelloe.com**
    Contact phone                     Email address

    **33089**                         _____
    Bar number                        State

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: RAMJAY, INC. ) | |
| ) | Docket Number 21-_____ |
| Debtor ) | Chapter 11 |
| ) | |

## LIST OF 20 LARGEST UNSECURED CREDITORS

The following constitutes the 20 largest unsecured creditors (who are not insiders):

Accel Capital
30 Wall St.
New York, NY 1005

Axis Capital, Inc.
308 N. Locust St.
Suite 100
Grand Island, NE 68801

Advantage Funding
3 Dakota Dr.
New Hyde Park, NY 11402

Ally Auto Financial
P.O. Box 951
Horsham, PA 19044

Bragg Office LLC
P.O. Box 8864
Reston, VA 22312

Capital One, N.A.
1680 Capital One Dr.
McLean, VA 22102-3491

Cesar Enriquez
3220 Hallaran Rd.
Falls Church, VA 22141

City of Alexandria
Department of Taxation
P.O. Box 34710
Alexandria, VA 22334-0710

Fund Box
6900 Dallas Pkwy.
Suite 700
Plano, TX 75024

GM Financial Services
801 Cherry St.
Suite 3500
Fort Worth, TX 76102

Kannan Shakthivel
800 Third St.
Suite 100
Herndon, VA 20170

MBFMPO
10412 Allisonville Rd.
Fishers, IN 46083

Monroy Bus & Truck Road Services
6320 Oxon Hill Rd.
Oxon Hill, MD 20745

Newtek Small Business Finance
1981 Marcus Ave.
Suite 130
Lake Success, NY 11042

PNC Bank, N.A.
P.O. Box 1030
Osthermo, MI, 49009

Reliant Funding
9540 Town Center Dr.
San Diego, CA 92121

S&P Financial Services, Inc.
8341 NW Mace Rd.
Suite 200
Kansas City, MO 64152

TFC Finance
1111 W. San Marnan Dr.
Suite 2
West Waterlooo, IA 50701

U.S. Small Business Administration
2 N. 20th St., Suite 320
Birmingham, AL 35203

Wellen Capital, LLC
600 W. Jackson Blvd.
Suite 750
Chicago, IL 60661

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

        Ramjay, Inc.

        By:    /s/ Jayasekar Jayaraman
                  Jayasekar Jayaraman, President

        Date:  May 3, 2021

John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: RAMJAY, INC. ) | |
| ) | Docket Number 21-_____ |
| Debtor ) | Chapter 11 |
| ) | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Fed. R. Bankr. P. 7007.1(a), the Debtor states that there is no information to report to the Court pursuant to this Rule.

Under penalty of perjury, the undersigned certifies that the above is true and correct.

    Ramjay, Inc.

    By:    /s/ Jayasekar Jayaraman
            Jayasekar Jayaraman, President

    Date:  May 3, 2021

John P. Forest, II, VSB# 33089  
11350 Random Hills Rd., Suite 700  
Fairfax, VA 22030  
(703) 691-4940  
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF VIRGINIA  
Alexandria Division

| | |
|---|---|
| IN RE: RAMJAY, INC. )  )  ) | Docket Number 21-_____ |
| Debtor ) | Chapter 11 |
| ) | |

**<u>LIST OF EQUITY SECURITY HOLDERS</u>**

The Debtor states that the following are the person who hold equity securities in the Debtor (and that there are 100 shares of stock issued, authorized, and outstanding):

> Jayasekar Jayaraman  
> 1104 Archer Ct.  
> Alexandria, VA 22312  
>
> Interest:   50 shares of stock  
>
> Deepthi Jayasekar  
> 1104 Archer Ct.  
> Alexandria, VA 22312  
>
> Interest:   50 shares of stock

Under penalty of perjury, the undersigned certifies that the above is list is true and correct.

> Ramjay, Inc.
>
> By:   /s/ Jayasekar Jayaraman  
>         Jayasekar Jayaraman, President
>
> Date:   May 3, 2021

# MINUTES OF THE SPECIAL MEETING
# OF THE DIRECTORS OF RAMJAY, INC.

Minutes of the special meeting of the Board of Directors of Ramjay, Inc. (the "Corporation") called pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

WHEREAS, it is appropriate that the Corporation consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Jayasekar Jayaraman be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Corporation; and

RESOLVED, that Jayasekar Jayaraman, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Corporation.

DATED and effective this 3rd day of May, 2021.

There being no further business, the meeting was thereupon adjourned.

/s/ Deepthi Jayasekar
Secretary

APPROVED:

/s/ Jayasekar Jayaraman
Chairman                                    Directors:

/s/ Jayasekar Jayaraman
Jayasekar Jayaraman

/s/ Deepthi Jayasekar
Deepthi Jayasekar

# RESOLUTION OF
# THE DIRECTORS OF RAMJAY, INC.

A Resolution of the Board of Directors of Ramjay, Inc. (the "Corporation") made upon and pursuant to proper notice and the vote of the Directors as indicated by their signatures hereon.

WHEREAS, the undersigned believe it is appropriate that the Corporation consider seeking relief pursuant to Title 11 of Chapter 11 of the United States Code; it is, therefore,

RESOLVED, that Jayasekar Jayaraman be, and hereby is, authorized and directed to engage John P. Forest, II to file a petition for relief for the Corporation; and

RESOLVED, that Jayasekar Jayaraman, and hereby is, authorized and directed to take such action and sign such papers as may be appropriate to file a petition for relief for the Corporation.

DATED and effective this 3rd day of May, 2021.

There being no further business, the meeting was thereupon adjourned.

/s/ Deepthi Jayasekar
Secretary

APPROVED:

/s/ Jayasekar Jayaraman
Chairman                                              Directors:

/s/ Jayasekar Jayaraman
Jayasekar Jayaraman

/s/ Deepthi Jayasekar
Deepthi Jayasekar