John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
(703) 691-4940
*Proposed Counsel for the Debtor*

THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| IN RE: RAMJAY, INC. ) | |
| ) | Docket Number 21-10809 |
| Debtor in Possession ) | Chapter 11 |
| ) | |

## **NOTICE OF INTENT TO ABANDON**

Take notice that the Debtor intends to abandon its interest in the motor vehicles more particularly described in Exhibit 1 attached to this Notice. These vehicles may be subject to liens in favor of Newtek Small Business Finance, the U.S. Small Business Administration, and the City of Alexandria, Virginia. The Debtor takes no position as to any priority of either of these potentially competing security interests.

These vehicles will be abandoned as they are burdensome to the estate.

Pursuant to Fed. R. Bankr. P. 6007(a), notice is given that this abandonment will take place unless any party in interest may file and serve an objection to the proposed abandonment within fourteen (14) days of mailing of this notice. If any party files and serves an objection, the Court will hold a hearing on said objection before any abandonment may take place.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).**

If you oppose the proposed abandonment, then within fourteen (14) days of mailing of this notice, you or your attorney must file with the Clerk of the Court, at the address set forth, above, a

written objection and supporting memorandum.  Unless a written objection and supporting memorandum are filed and served, the Court and the Debtor may deem any objection waived, and proceed to abandon the property without further notice or hearing.  If you mail your objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.  You must also mail a copy of any objection to the persons listed below:

| | | |
|---|---|---|
| John P. Forest, II | and | Office of the U.S. Trustee |
| 11350 Random Hills Rd. | | 1725 Duke St. |
| Suite 700 | | Suite 650 |
| Fairfax, VA 22030 | | Alexandria, VA 22314 |

Respectfully submitted by:

*/s/ John P. Forest, II*
John P. Forest, II, VSB# 33089
11350 Random Hills Rd., Suite 700
Fairfax, VA 22030
Telephone: (703) 691-4940
Email: john@forestlawfirm.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I certify that on May 4, 2021, I have electronically filed this NOTICE OF INTENT TO ABANDON which provides electronic notice of such filing to all parties who receive notice in this matter; and that I have mailed a true and correct copy of the foregoing pleading those parties as identified on the Mailing Matrix attached hereto [as Exhibit 2].

*/s/ John P. Forest, II*
John P. Forest