**Fill in this information to identify the case**

Debtor name    **Ramjay, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|
| 3.1. | **Bank of America Checking Account** | **Checking account** | 7 | 3 | 1 | 7 | $7,518.00 |
| 3.2. | **FVCbank Checking Account** | **Checking account** | 8 | 2 | 4 | 5 | $29,843.00 |

4.    **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$37,361.00

## Part 2:    Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor  **Ramjay, Inc.** _____   Case number (if known) _____
        Name

| | Current value of debtor's interest |
|---|---|

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1.  **Security Deposit**
      **Bragg Office, LLC**
      **P.O. Box 8864**
      **Reston, VA 20195** _____   $1,600.00

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
      Add lines 7 through 8.  Copy the total to line 81.   | $1,600.00 |

---

**Part 3:   Accounts receivable**

---

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11.  Accounts receivable**

11a.  90 days old or less:   __$104,739.00__  –  __$0.00__  = ............... ➔   $104,739.00
                            face amount          doubtful or uncollectible accounts

11b.  Over 90 days old:   __$65,249.00__  –  __$0.00__  = ............... ➔   $65,249.00
                          face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.   | $169,988.00 |

---

**Part 4:   Investments**

---

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
      Add lines 14 through 16.  Copy the total to line 83.   | $0.00 |

---

Debtor    **Ramjay, Inc.**
          _____          Case number (if known) _____
          Name

**Part 5:**   **Inventory, excluding agriculture assets**

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No.  Go to Part 6.
☐  Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** | | | | |

23.   **Total of Part 5**
      Add lines 19 through 22.  Copy the total to line 84.                                  $0.00

24.   **Is any of the property listed in Part 5 perishable?**
☐  No
☐  Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐  No
☐  Yes.  Book value _____   Valuation method _____   Current value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐  No
☐  Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.   **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑  No.  Go to Part 7.
☐  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.   **Crops--either planted or harvested** | | | |
| 29.   **Farm animals**  _Examples:_  Livestock, poultry, farm-raised fish | | | |
| 30.   **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31.   **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.   **Other farming and fishing-related property not already listed in Part 6** | | | |

33.   **Total of Part 6.**
      Add lines 28 through 32.  Copy the total to line 85.                                  $0.00

34.   **Is the debtor a member of an agricultural cooperative?**
☐  No
☐  Yes.  Is any of the debtor's property stored at the cooperative?
          ☐  No
          ☐  Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐  No
☐  Yes.  Book value _____   Valuation method _____   Current value _____

Debtor    __Ramjay, Inc._____    Case number (if known) _____
       Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| General Furniture | | | $5,000.00 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| General Equipment | | | $5,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| $10,000.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☑ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2002 Ford** 1FBSS31L52HA02199 | | Debtor's Value | $3,000.00 |
| 47.2. **2007 Chevy** 1GAHG39U171148788 | | Debtor's Value | $2,500.00 |
| 47.3. **2007 Lincoln** 1L1FM88W47Y606089 | | Debtor's Value | $20,000.00 |

Debtor **Ramjay, Inc.** _____   Case number (if known) _____
　　　　　Name

| | | | |
|---|---|---|---|
| 47.4. | **2012 Ford**<br>1FDFE4FS3CDA19243 | Debtor's Value | $15,000.00 |
| 47.5. | **2010 Ford**<br>1FDWE3FL8ADA01465 | Debtor's Value | $3,000.00 |
| 47.6. | **2010 Ford**<br>1FDFE4FS2ADA58449 | Debtor's Value | $9,000.00 |
| 47.7. | **2012 Ford**<br>1FDWE3FL0DDA51068 | Debtor's Value | $17,000.00 |
| 47.8. | **2008 Dodge**<br>WDWPE845485274012 | Debtor's Value | $4,000.00 |
| 47.9. | **2009 Ford**<br>1FDFE45S69DA50139 | Debtor's Value | $8,000.00 |
| 47.10. | **2005 Hummer**<br>5GRGN23U15H116969 | Debtor's Value | $40,000.00 |
| 47.11. | **2007 Lincoln**<br>1LNHM84W27Y632641 | Debtor's Value | $3,000.00 |
| 47.12. | **2018 Chevy Equinox**<br>2GNAXSEV8J6126736 | Debtor's Value | $16,000.00 |
| 47.13. | **2020 Cadillac**<br>1GYS4JKJ0LR192779 | Debtor's Value | $48,000.00 |
| 47.14. | **2011 Ford**<br>1FDWE3FL9BDA05252 | Debtor's Value | $6,000.00 |
| 47.15. | **2017 Ford**<br>1FBAX2XM3HKA08389 | Debtor's Value | $32,000.00 |
| 47.16. | **2017 Porshe Macan**<br>WP1AA2A59HLB04308 | Debtor's Value | $16,500.00 |
| 47.17. | **2015 Hyundai Tuscon**<br>KM8JTCAF2FU071102 | Debtor's Value | $10,000.00 |
| 47.18. | **2018 Chevy Trax**<br>3GNCJKSB8JL340576 | Debtor's Value | $13,000.00 |
| 47.19. | **2018 Chevy Trax**<br>3GNCJKSB7JL343890 | Debtor's Value | $13,000.00 |
| 47.20. | **2016 Ford**<br>1FBZX2XM9HKB08385 | Debtor's Value | $20,000.00 |
| 47.21. | **2020 Ford**<br>1FBVU4XV8GKA44382 | Debtor's Value | $20,000.00 |
| 47.22. | **2017 Ford**<br>1FDAF5GY3CEC73934 | Debtor's Value | $36,000.00 |
| 47.23. | **2017 Ford**<br>1FBVU4XM4HKB13691 | Debtor's Value | $22,000.00 |
| 47.24. | **2017 Ford**<br>1FDXE4FS2HDC61081 | Debtor's Value | $20,000.00 |
| 47.25. | **2014 Mercedes**<br>WDZPE8CC0E5853092 | Debtor's Value | $25,000.00 |
| 47.26. | **2013 Sprinter**<br>WDZPE8CC3D5798818 | Debtor's Value | $20,000.00 |

| Debtor | Ramjay, Inc. | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

| | | | | |
|--|--|--|--|--|
| 47.27. | **2016 Ford**<br>1FDGF5GY1GEB64680 | | Debtor's Value | $40,000.00 |
| 47.28. | **2015 Cadillac**<br>1GYS4TKJXFR634337 | | Debtor's Value | $40,000.00 |
| 47.29. | **2012 Ford**<br>1FBSS3BLXCDA03789 | | Debtor's Value | $3,000.00 |
| 47.30. | **2012 Ford**<br>1FBSS3BL0CDA35618 | | Debtor's Value | $2,500.00 |
| 47.31. | **2013 Ford**<br>1FDFE4FS8DDA59612 | | Debtor's Value | $30,000.00 |
| 47.32. | **2013 Ford**<br>1FDFE4FSXDDA59613 | | Debtor's Value | $24,000.00 |
| 47.33. | **2014 Ford**<br>1FDFE4FS7EDA56556 | | Debtor's Value | $31,000.00 |
| 47.34. | **2012 Chevy**<br>1GAZG1FG5C1178233 | | Debtor's Value | $2,500.00 |
| 47.35. | **2013 Ford**<br>1FDWE3FL3DDA20817 | | Debtor's Value | $25,000.00 |
| 47.36. | **2013 Ford**<br>1FDEE3FL3DDB27345 | | Debtor's Value | $20,000.00 |
| 47.37. | **2012 Ford**<br>1FDEE3FLXCDA47183 | | Debtor's Value | $28,000.00 |
| 47.38. | **2014 Ford**<br>1FDFE4FS7EDA83661 | | Debtor's Value | $35,000.00 |
| 47.39. | **2014 Ford**<br>1FDEE3FL8EDB10221 | | Debtor's Value | $33,000.00 |
| 47.40. | **2015 Ford**<br>1FDEE3FL2FDA19771 | | Debtor's Value | $28,000.00 |
| 47.41. | **2015 Ford**<br>1FDFE4FS2FDA12448 | | Debtor's Value | $42,000.00 |
| 47.42. | **2015 Ford**<br>1FDFE4FS0FDA12447 | | Debtor's Value | $34,000.00 |
| 47.43. | **2016 Ford**<br>1FDEE3FL0GDC12423 | | Debtor's Value | $35,000.00 |
| 47.44. | **2016 Ford**<br>1FDEE3FL8GDC18972 | | Debtor's Value | $35,000.00 |
| 47.45. | **2016 Ford**<br>1FDFE4FS9GDC05309 | | Debtor's Value | $41,000.00 |
| 47.46. | **2015 Ford**<br>1FBAX2CG1FKA30484 | | Debtor's Value | $34,000.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

Debtor   **Ramjay, Inc.**                                                    Case number (if known) _____
       Name

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $1,005,000.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

Debtor   **Ramjay, Inc.**_____   Case number (if known) _____
          Name

65. Goodwill

    Goodwill_____   _____   _____   **Unknown**

66. **Total of Part 10.**                                                          | $0.00 |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:** All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                   Current value of
                                                                                   debtor's interest

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                          | $0.00 |
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    **Ramjay, Inc.**_____    Case number (if known) _____
      Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $37,361.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $169,988.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,005,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $1,223,949.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................................. **$1,223,949.00**

**Fill in this information to identify the case:**

Debtor name __**Ramjay, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes.  Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>__Accel Capital, LLC__ | Describe debtor's property that is<br>subject to a lien | $82,000.00 | $0.00 |
|---|---|---|---|

Creditor's mailing address
__30 Wall St.__

**Accounts Receivable**

Describe the lien

__Agreement__

Is the creditor an insider or related party?

__New York          NY   10005__          ☑ No
Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred _____          ☑ No

Last 4 digits of account          ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)
number          ___ ___ ___ ___

**Do multiple creditors have an interest in**          As of the petition filing date, the claim is:
**the same property?**          Check all that apply.
☑ No          ☐ Contingent
☐ Yes.  Specify each creditor, including this          ☐ Unliquidated     * See attached Supplemental
   creditor, and its relative priority.          ☐ Disputed       Statement for priority of liens

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.          $2,511,723.00

| Debtor | Ramjay, Inc. | Case number (if known) | |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

**2.2** Creditor's name
**Advantage Funding**

Creditor's mailing address
**3 Dakota Dr.**

**Hyde Park        NY    11042**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2007 Lincoln 1LNHM84W27Y632641**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| $0.00 | $3,000.00 |

**2.3** Creditor's name
**Advantage Funding**

Creditor's mailing address
**3 Dakota Dr.**

**Hyde Park        NY    11042**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**2009 Ford 1FDFE45S69DA50139**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

| $0.00 | $8,000.00 |

Debtor  **Ramjay, Inc.** _____    Case number (if known) _____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|

**2.4    Creditor's name**
**Advantage Funding**

**Creditor's mailing address**
**3 Dakota Dr.**
_____

**Hyde Park         NY    11042**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**
**2005 Hummer 5GRGN23U15H116969**

**Describe the lien**
**Agreement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

|  |  |
|---|---|
| $0.00 | $40,000.00 |

**2.5    Creditor's name**
**Ally Auto Financial**

**Creditor's mailing address**
**P.O. Box 951**
_____

**Horsham          PA    19044**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

**Describe debtor's property that is
subject to a lien**
**2016 Ford 1FBVU4XV8GKA44382**

**Describe the lien**
**Purchase Money / Agreement**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $33,237.00 | $0.00 |

Debtor  __Ramjay, Inc._____    Case number (if known) _____

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**  Creditor's name
__Ally Auto Financial__

Creditor's mailing address
__P.O. Box 951__

_____

__Horsham_____ __PA____ __19044__

Creditor's email address, if known

_____

Date debt was incurred    __2017__

Last 4 digits of account
number    ___ ___  ___ ___  ___ ___  ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien                                        $32,788.00          $16,500.00

**2017 Porshe Macan WP1AA2A59HLB04308**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7**  Creditor's name
__Ally Auto Financial__

Creditor's mailing address
__P.O. Box 951__

_____

__Horsham_____ __PA____ __19044__

Creditor's email address, if known

_____

Date debt was incurred    __2018__

Last 4 digits of account
number    ___ ___  ___ ___  ___ ___  ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Describe debtor's property that is
subject to a lien                                        $15,561.00          $10,000.00

**2015 Hyundai Tuscon KM8JTCAF2FU071102**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Ramjay, Inc. | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| Column A | Column B |
|---|---|
| Amount of claim | Value of collateral |
| Do not deduct the | that supports |
| value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.8**

**Creditor's name**
**Ally Auto Financial**

**Creditor's mailing address**
**P.O. Box 951**

_____

**Horsham          PA    19044**

**Creditor's email address, if known**

_____

**Date debt was incurred     March 2021**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2018 Chevy Equinox 2GNAXSEV8J6126736**

**Describe the lien**
**Purchase Money / Agreement**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $21,314.00 | $16,000.00 |
|---|---|

**2.9**

**Creditor's name**
**Ally Auto Financial**

**Creditor's mailing address**
**P.O. Box 951**

_____

**Horsham          PA    19044**

**Creditor's email address, if known**

_____

**Date debt was incurred     2018**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2018 Chevy Trax 3GNCJKSB8JL340576**

**Describe the lien**
**Purchase Money / Agreement**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $15,902.00 | $13,000.00 |
|---|---|

Debtor  **Ramjay, Inc.** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

*Column A*
Amount of claim
Do not deduct the
value of collateral.

*Column B*
Value of collateral
that supports
this claim

**2.10**  Creditor's name
**Ally Auto Financial**

Creditor's mailing address
**P.O. Box 951**
_____

_____

**Horsham        PA    19044**

Creditor's email address, if known

Date debt was incurred    **2018**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
  relative priority?

  ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien
**2018 Chevy Trax 3GNCJKSB7JL343890**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,814.00          $13,000.00

**2.11**  Creditor's name
**Ally Auto Financial**

Creditor's mailing address
**P.O. Box 951**
_____

_____

**Horsham        PA    19044**

Creditor's email address, if known

Date debt was incurred    **2018**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
  · relative priority?

  ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien
**2016 Ford 1FBZX2XM9HKB08385**

Describe the lien
**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$29,455.00          $20,000.00

Debtor   Ramjay, Inc.     Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.12**

**Creditor's name**
Ally Auto Financial

**Creditor's mailing address**
P.O. Box 951

_____

_____

Horsham     PA    19044

**Creditor's email address, if known**

_____

**Date debt was incurred**    2020

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2020 Ford 1FBVU4XV8GKA44382

**Describe the lien**
Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $32,337.00 | $20,000.00 |

---

**2.13**

**Creditor's name**
Ally Auto Financial

**Creditor's mailing address**
P.O. Box 951

_____

_____

Horsham     PA    19044

**Creditor's email address, if known**

_____

**Date debt was incurred**    2018

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2011 Ford 1FBAX2XM3HKA08389

**Describe the lien**
Purchase Money / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $27,830.00 | $36,000.00 |

---

Debtor  **Ramjay, Inc.** _____    Case number (if known) _____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|

**2.14**  Creditor's name
**Ally Auto Financial**

Creditor's mailing address
**P.O. Box 951**
_____

_____

**Horsham        PA    19044**

Creditor's email address, if known
_____

Date debt was incurred    **2018**

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2017 Ford 1FBVU4XM4HKB13691**

Describe the lien

**Purchase Money / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $35,067.00 | $22,000.00 |

**2.15**  Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Representative**

**801 Adlai Stevenson Dr.**

_____

**Springfield        IL    62708**

Creditor's email address, if known
_____

Date debt was incurred    **January 2017**

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Accounts Receivable**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**\* See attached Supplemental
Statement for priority of liens**

| | |
|---|---|
| Unknown | $0.00 |

Debtor **Ramjay, Inc.** _____   Case number (if known) _____

| | |
|---|---|
| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|

**2.16**  Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Representative**

**801 Adlai Stevenson Dr.**

_____

**Springfield          IL    62708**

Creditor's email address, if known

_____

Date debt was incurred    **February 2017**

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is
subject to a lien

**Accounts Recievable**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

\* See attached Supplemental
Statement for priority of liens

|  |  |
|---|---|
| **Unknown** | **$0.00** |

**2.17**  Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Representative**

**801 Adlai Stevenson Dr.**

_____

**Springfield          IL    62708**

Creditor's email address, if known

_____

Date debt was incurred    **May 2017**

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

Describe debtor's property that is
subject to a lien

**Accounts Recievable**

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

\* See attached Supplemental
Statement for priority of liens

|  |  |
|---|---|
| **Unknown** | **$0.00** |

Debtor    **Ramjay, Inc.**  _____    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

---

**2.18**  Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Representative**

**801 Adlai Stevenson Dr.**

_____

**Springfield        IL    62708**

Creditor's email address, if known

_____

Date debt was incurred  **June 2017**

Last 4 digits of account number  ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

\* See attached Supplemental Statement for priority of liens

|  | Unknown | $0.00 |
|---|---|---|

---

**2.19**  Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Representative**

**801 Adlai Stevenson Dr.**

_____

**Springfield        IL    62708**

Creditor's email address, if known

_____

Date debt was incurred  **July 2017**

Last 4 digits of account number  ___  ___  ___  ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**Accounts Receivable**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

\* See attached Supplemental Statement for priority of liens

|  | Unknown | $0.00 |
|---|---|---|

---

Debtor   __Ramjay, Inc._____   Case number (if known) _____

| | |
|---|---|

### Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the | that supports |
| | value of collateral. | this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.20**  Creditor's name
**Corporation Service Company**

Creditor's mailing address
**As Representative**

**801 Adlai Stevenson Dr.**

_____

**Springfield        IL     62708**

Creditor's email address, if known

Date debt was incurred    **October 2017**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Accounts Receivable**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

\* See attached Supplemental
Statement for priority of liens

**Unknown**                       **$0.00**

**2.21**  Creditor's name
**Fund Box**

Creditor's mailing address
**6900 Dallas Pkwy**

**Suite 700**

_____

**Plano            TX   75024**

Creditor's email address, if known

Date debt was incurred    **February 2021**

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Accounts Receivable**

Describe the lien
**Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

\* See attached Supplemental
Statement for priority of liens

**$24,900.00**                    **$0.00**

Debtor  **Ramjay, Inc.** _____     Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.22**  Creditor's name
**GM Financial Services**                                                                     $78,520.00                $0.00

Creditor's mailing address
P.O. Box 183593

Arlington            TX    76096

Creditor's email address, if known

Date debt was incurred  _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is
subject to a lien**

2020 Cadillac 1GYS4JKJ0LR192779

**Describe the lien**

Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.23**  Creditor's name
**MBFMPO**                                                                                      $49,000.00                $0.00

Creditor's mailing address
10412 Allisonville Rd.

Fishers            IN    46038

Creditor's email address, if known

Date debt was incurred   October 2020

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is
subject to a lien**

Accounts Receivable

**Describe the lien**

Loan / Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**\* See attached Supplemental
Statement for priority of liens**

---

Debtor  __Ramjay, Inc.__                              Case number (if known) _____

| | |
|---|---|

**Part 1:**   **Additional Page**

|  | Column A | Column B |
|---|---|---|
|  | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.24**   Creditor's name
__Newtek Small Business Finance__

Creditor's mailing address
__1981 Marcus Ave.__

__Suite 130__

_____

__Lake Success____NY____11042__

Creditor's email address, if known

_____

Date debt was incurred ___June 2017___

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien

**Accounts Receivable**

Describe the lien

**Loan / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

* See attached Supplemental
Statement for list of vehicles
** See attached Supplemental
Statement for priority of liens

Amount of claim:  $1,626,146.00   Value of collateral:  $0.00

**2.25**   Creditor's name
__S&P Financial Services__

Creditor's mailing address
__P.O. Box 412534__

_____

__Kansas City____MO____64141__

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number   ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including this
   creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Describe debtor's property that is
subject to a lien

**2016 Ford 1FDGF5GY1GEB64680**

Describe the lien

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

* See attached Supplemental
Statement for priority of liens

Amount of claim:  $80,852.00   Value of collateral:  $40,000.00

Debtor   __Ramjay, Inc._____     Case number (if known) _____

## Part 1:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.26**  Creditor's name
**TCF Finance**

Creditor's mailing address
__1111 West San Marnan Dr.__

__Suite A-2__

_____

__Waterloo          IA    50701__

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
          relative priority?

          ☐ No.  Specify each creditor, including this
               creditor, and its relative priority.

          ☐ Yes.  The relative priority of creditors is
               specified on lines _____

Describe debtor's property that is
subject to a lien
**2017 Ford 1FDWE3FL9BDA05252**

Describe the lien
__Agreement__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

|  | $11,000.00 | $0.00 |
|---|---|---|

**2.27**  Creditor's name
**TCF Finance**

Creditor's mailing address
__1111 West San Marnan Dr.__

__Suite A-2__

_____

__Waterloo          IA    50701__

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number            ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
          relative priority?

          ☐ No.  Specify each creditor, including this
               creditor, and its relative priority.

          ☐ Yes.  The relative priority of creditors is
               specified on lines _____

Describe debtor's property that is
subject to a lien
**2017 Ford 1FDXE4FS2HDC61081**

Describe the lien
__Agreement__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  | $52,000.00 | $20,000.00 |
|---|---|---|

| Debtor | Ramjay, Inc. | Case number (if known) |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.28** Creditor's name
**US Small Business Administration**

Describe debtor's property that is subject to a lien

$215,000.00     $0.00

Creditor's mailing address
**2 N. 20th St.**

**Accounts Receivable**

**Suite 203**

Describe the lien

**Birmingham, AL 35203**

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred    **2020**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

\* See attached Supplemental Statement for priority of liens

**2.29** Creditor's name
**US Small Business Administration**

Describe debtor's property that is subject to a lien

$33,000.00     $0.00

Creditor's mailing address
**2 N. 20th St.**

**Accounts Receivable**

**Suite 203**

Describe the lien

**Birmingham, AL 35203**

**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

\* See attached Supplemental Statement for priority of liens

Debtor   **Ramjay, Inc.** _____   Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Recovery of Judgment** **352 7th Ave.** **New York, NY 1001** | Line   **2.24** | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor __Ramjay, Inc.__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

__City of Alexandria__

__Department of Taxation__

__P.O. Box 34710__

_____

__Alexandria__          __VA__      __22334__

**Date or dates debt was incurred**

__2018__

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Personal Property Taxes__

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$26,893.00**   Priority amount: **$26,893.00**

**2.2**   Priority creditor's name and mailing address

__Internal Revenue Service__

__Certral Insolvency Ops__

__P.O. Box 7346__

_____

__Philadelphia__          __PA__      __19101__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Taxes__

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **Unknown**   Priority amount: **Unknown**

| Debtor | **Ramjay, Inc.** | | Case number (if known) | _____ |
|---|---|---|---|---|

---

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

| **2.3** | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | | **$31,399.00** | **$31,399.00** |
|---|---|---|---|---|---|---|

**Jayasekar Jayaraman**

**1104 Archer Ct.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
**Salary/Wages**

| **Alexandria** | **VA** | **22312** |

Date or dates debt was incurred

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **4** )

---

| **2.4** | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: *Check all that apply.* | | Unknown | Unknown |
|---|---|---|---|---|---|---|

**Virginia Department of Taxation**

**Box 1880**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

| **Richmond** | **VA** | **23218** |

Date or dates debt was incurred

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

| Debtor | **Ramjay, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,685.00** |
|---|---|---|---|

**Bragg Office, LLC**

**P.O. Box 8864**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Reston** | **VA** | **22312** | **Basis for the claim:** |

**Office Lease**

Date or dates debt was incurred    **April 2018**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Cesar Enriquez**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Loan**

Date or dates debt was incurred    **March 2016**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deepthi Jayasekar**

**1104 Archer Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Equity Interest**

| **Alexandria** | **VA** | **22312** |

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$370,964.00** |
|---|---|---|---|

**Deepthi Jayasekar**

**1104 Archer Ct.**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

**Loan**

| **Alexandria** | **VA** | **22314** |

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | Ramjay, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.5** Nonpriority creditor's name and mailing address

Jayaraman Jayasekar

1104 Archer Ct.

Alexandria                    VA      22322

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Equity Interest

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

**3.6** Nonpriority creditor's name and mailing address

Jayaraman Jayasekar

1104 Archer Ct.

Alexandria                    VA      22312

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
☑ No
☐ Yes

**$356,972.00**

**3.7** Nonpriority creditor's name and mailing address

Kannan Shakthivel

800 Third St.

Suite 100

Herndon                    VA      20170

Date or dates debt was incurred    February 2018

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
☑ No
☐ Yes

**$23,500.00**

**3.8** Nonpriority creditor's name and mailing address

Monroy Bus & Truck Road Services

6230 Oxon Hill Rd.

Oxon Hill                    MD      20745

Date or dates debt was incurred    October 2019

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Vehicle Repairs

Is the claim subject to offset?
☑ No
☐ Yes

**$21,870.00**

Debtor    **Ramjay, Inc.**_____      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**  Nonpriority creditor's name and mailing address

**PNC Bank, N.A.**

**P.O. Box 1030**

_____

_____

**Oshtermo**          **MI**    **49009**

Date or dates debt was incurred    **August 2011**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

**$39,467.80**

---

**3.10**  Nonpriority creditor's name and mailing address

**Power Up Lending Group, Ltd.**

**111 Great Neck Rd.**

**Suite 216**

_____

**Great Neck**          **NY**    **11021**

Date or dates debt was incurred    **2017**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.11**  Nonpriority creditor's name and mailing address

**Reliant Funding**

**9540 Town Center Dr.**

**Suite 200**

_____

**San Diego**          **CA**    **92121**

Date or dates debt was incurred    **March 2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$20,882.00**

---

**3.12**  Nonpriority creditor's name and mailing address

**Wellen Capital LLC**

**600 W. Jackson Blvd.**

**Suite 750**

_____

**Chicago**          **IL**    **60661**

Date or dates debt was incurred    **February 2021**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$114,898.00**

---

Debtor   __Ramjay, Inc._____   Case number (if known) _____

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.1   **Belrock Management**
     **P.O. Box 8864**

     **Reston                VA       20195**

Line   **3.1**
☐ Not listed.  Explain:

___ ___ ___ ___

4.2   **Brad Martin, Esq.**
     **800 Third St.**
     **Suite 100**

     **Herndon               VA       20170**

Line   _____
☑ Not listed.  Explain:
     **Notice Only**

___ ___ ___ ___

Debtor   **Ramjay, Inc.**_____   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $58,292.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** $1,053,238.80 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $1,111,530.80 |

**Fill in this information to identify the case:**

Debtor name    **Ramjay, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number _____    Chapter   __11__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

     ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

     ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.    **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease to Debtor for 2019 Ford Transit -2078, 2019 Ford Transit -7901, and 109 Ford Transit -2601 **Contract to be ASSUMED** | Jayaraman Jayasekar |
| | | | 1104 Archer Ct. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Alexandria     VA     22312 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Lease (by Shastha USA, Inc.) of 4 motor vehicles owned by the Debtor: Hyundai Tuscon (-1102); Chevy Equinox [-6736]; Chevy Trax [-0576]; and Chevy Trax [-3890]. Monthly payment is $1,505.09. **Contract to be ASSUMED** | Shastha USA, Inc. |
| | | | 1104 Archer Ct. |
| | State the term remaining | | Alexandria     VA     22312 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor Name **Ramjay, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................................ | $1,223,949.00

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.......................................................................................... | $1,223,949.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........... | $2,511,723.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. | $58,292.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | + $1,053,238.80

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................ | $3,623,253.80

**Fill in this information to identify the case and this filing:**

Debtor Name     **Ramjay, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/18/2021**          X **/s/ Jayasekar Jayaraman** _____
           MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                       **Jayasekar Jayaraman** _____
                                       Printed name
                                       **President** _____
                                       Position or relationship to debtor