## SUPPLEMENTAL STATEMENT TO SCHEDULES

### ITEM 1 - NEWTEK VEHCILE LIENS:

Newtek Small Business Finance, LLC has a perfected, first priority security interest in the following Vehicles [Listed in Schedule A/B – Item 47] with respect to Secured Claim 2.24:

Vehicle 47.22
Vehicle 47.25
Vehicle 47.26
Vehicle 47.28
Vehicle 47.29
Vehicle 47.30
Vehicle 47.31
Vehicle 47.32
Vehicle 47.34
Vehicle 47.35
Vehicle 47.36
Vehicle 47.37
Vehicle 47.38
Vehicle 47.39
Vehicle 47.40
Vehicle 47.41
Vehicle 47.42
Vehicle 47.43
Vehicle 47.44
Vehicle 47.45
Vehicle 47.46

## ITEM 2 – LIENS AGAINST ACCOUNTS RECEIVABLE:

Multiple creditors hold liens against the Accounts Receivable of the Debtor [Listed in Schedule A/B – Items 11(a) and (b)]. In order of priority, these creditors are:

First, Newtek Small Business Finance, LLC with respect to Secured Claim 2.24;

Second, Corporation Service Company [as Representative] with respect to Secured Claim 2.15;

Third, Corporation Service Company [as Representative] with respect to Secured Claim 2.16;

Fourth, Corporation Service Company [as Representative] with respect to Secured Claim 2.17;

Fifth, Corporation Service Company [as Representative] with respect to Secured Claim 2.18;

Sixth, Corporation Service Company [as Representative] with respect to Secured Claim 2.19;

Seventh, Corporation Service Company [as Representative] with respect to Secured Claim 2.20;

Eighth, S&P Financial Services, Inc. with respect to Secured Claim 2.25;

Eighth, MBFMPO with respect to Secured Claim 2.23;

Ninth, Accel Capital with respect to Secured Claim 2.1;

Tenth, Fundbox with respect to Secured Claim 2.21;

Eleventh, US Small Business Administration [PPP Loan [First Round] with respect to Secured Claim 2.28; and

Twelfth, the US Small Business Administration [PPP Loan [Second Round] with respect to Secured Claim 2.29.