UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____Alexandria_____ Division

In re   Ramjay, Inc.

[Joint Debtor Name]                                          Case No. 21-10809

            Debtor(s)                                        Chapter  11 (V)

TO:  See Attached List

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules and/or list of creditors has been filed

   **X**  adding you as a creditor,
   ___  deleting you as a creditor,
   ___  correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]*  NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

Date: May 18, 2021

Ramjay, Inc.
[Joint Debtor Name]
By /s/ John P. Forest, II
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 33039
Address:  11350 Random Hills Rd., Suite 700
                Fairfax, VA 22030

Telephone No.: 703-691-4940

### CERTIFICATION

I certify that on _____May 18, 2021_____, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ John P. Forest, II
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoadd ver. R. 05/07]

ATTACHMENT TO NOTICE TO CREDITORS

IRS
Centralized Insolvency Ops.
Box 7346
Philadelphia, PA 19101-7346

Va. Dept. Of Taxation
Box 1498
Richmond, VA 23218-1498

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176

and

Corporation Service Company
As Representative
801 Adlai Stevenson Dr.
Springfield, IL 62708