**MAILING MATRIX**

| | | |
|---|---|---|
| Accel Capital<br>65 W 36th St. 12th Fl.<br>New York, NY 10018 | Axis Capital, Inc.<br>308 N. Locust St., Suite 100<br>Grand Island, NE 68801 | Advantage Funding<br>3 Dakota Dr.<br>New Hyde Park, NY 11402 |
| Ally Auto Financial<br>P.O. Box 951<br>Horsham, PA 19044 | Bragg Office LLC<br>P.O. Box 8864<br>Reston, VA 22312 | Cesar Enriquez<br>3220 Hallaran Rd.<br>Falls Church, VA 22141 |
| City of Alexandria<br>Department of Taxation<br>P.O. Box 34710<br>Alexandria, VA 22334-0710 | City of Alexandria<br>Department of Taxation<br>301 King St.<br>Alexandria, VA 22314 | Monroy Bus & Truck Road Services<br>6320 Oxon Hill Rd.<br>Oxon Hill, MD 20745 |
| Fund Box<br>6900 Dallas Pkwy., Suite 700<br>Plano, TX 75024 | GM Financial Services<br>801 Cherry St., Suite 3500<br>Fort Worth, TX 76102 | S&P Financial Services, Inc.<br>P.O. Box 41253<br>Kansas City, MO 64141 |
| S&P Financial Services, Inc.<br>8341 NW Mace Rd., #200<br>Kansas City, MO 64152 | TFC Finance<br>1111 W. San Marnan Dr., #2<br>West Waterlooo, IA 50701 | TFC National Bank<br>11100 Wayzata Blvd., #801<br>Minnetonka, MD 56305 |
| Kannan Shakthivel<br>800 Third St., Suite 100<br>Herndon, VA 20170 | MBFMPO<br>10412 Allisonville Rd.<br>Suite 201<br>Fishers, IN 46083 | Brad Martin, Esq.<br>800 Third St., Suite 100<br>Herndon, VA 20170 |
| PNC Bank, N.A.<br>P.O. Box 1030<br>Osthermo, MI, 49009 | Power Up Lending Group<br>111 Great Neck Rd., #216<br>Great Neck, NY 11021 | Recovery of Judgment<br>352 7th Ave.<br>New York, NY 10001 |
| Reliant Funding<br>9540 Town Center Dr.<br>San Diego, CA 92121 | Wellen Capital, LLC<br>600 W. Jackson Blvd., #750<br>Chicago, IL 60661 | Capital One, N.A.<br>1680 Capital One Dr.<br>McLean, VA 22102-3491 |

| | | |
|---|---|---|
| U.S. Small Business Administration<br>2 N. 20th St., Suite 320<br>Birmingham, AL 35203 | United States Atty General<br>Hon. Garland Merrick<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | United States Att, E.D. Va.<br>Raj Karekh<br>2100 Jamieson Ave.<br>Alexandria, VA 22314 |
| Deepthi Jayasekar<br>1104 Archer Ct.<br>Alexandria, VA 22312 | Jayasekar Jayaraman<br>1104 Archer Ct.<br>Alexandria, VA 22312 | Belroch Management<br>P.O. Box 8864<br>Reston, VA 20195 |
| Troutman Pepper<br>Attn: S. Moshin Reza, Esq.<br>401 9th St., N.W., Suite 1000<br>Washington, D.C. 20004 | Philadelphia Insurance Companies<br>P.O. Box 70251<br>Philadelphia, PA 19176 | Office of the U.S. Trustee<br>1725 King St.<br>Suite 650<br>Alexandria, VA 22314 |
| IRS<br>Centralized Insolvency Ops.<br>Box 7346<br>Philadelphia, PA 19101-7346 | Va. Dept. Of Taxation<br>Box 1498<br>Richmond, VA 23218-1498 | Corporation Service Company, as Representative<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62701 |